MR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

FILED

FEB 14 2025 LS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

WILLIS KEVIN BAIRD,

         PLAINTIFF

      V.

JESSE REYES,

         DEFENDANT.

)
)
) CASE NO. 24-CV-13162
)
) JUDGE ANDREA R. WOOD
)
)
)
)

PLAINTIFFS RESPONSE TO DEFENDANTS RULE 12(6)(6)

MOTION TO DISMISS

---

NOW COMES PLAINTIFF, WILLIS K. BAIRD, PRO SE,
RESPONSE TO DEFENDANT JESSE "JESUS" REYES'
MOTION TO DISMISS WITH PREJUDICE, PLAINTIFFS
DEFAMATION AND INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS COMPLAINTS, IN RESPONSE
PLAINTIFF STATES AS FOLLOWS:

1) ON JUNE 19TH, 2022, A LADY NAMED MARIA RUIZ
ENDED HER RELATIONSHIP WITH DEFENDANT JESSE
REYES, WHOM SHE HAS A DAUGHTER WITH THAT WAS
BORN IN 2019, AND MARIA RUIZ BEGAN SEARCHING
FOR ME. (SEE EXIBITS 1, TEXT MESSAGE TO ME FROM
MARIA RUIZ ABOUT JESSE REYES, EXIBITS 2,3&4 MARIA
FACE BOOK POST SEARCH FOR ME) I MET AND HAD A
YEAR AND A HALF FRIENDSHIP WITH MARIA RUIZ

FROM 2015 TO 2017.

2.) AFTER MARIA RUIZ FOUND ME, WE BECAME ENGAGED, THIS WAS DEFENDANT JESSE REYES MOTIVE TO DEFAME ME ON FACEBOOK AND LABELING ME A PEDOPHILE, AS I HAD DONE NOTHING WHAT SO EVER TO JESSE REYES AND DID NOT KNOW HIM AT ALL.

3.) DEFENDANT JESSE REYES DID NOT KNOW ME EITHER BUT WAS TOLD BY MARIA RUIZ, THAT WE WERE ENGAGED, MAKING DEFENDANT REYES SEARCH MY NAME AND HE DISCOVERED THAT I WAS CONVICTED OF A SEX OFFENSE 25 YEARS AGO.

4.) THIS DISCOVERY BY THE JEALOUS DEFENDANT JESSE REYES CAUSED HIM TO POST THE PICTURE OF ME AND THE INFORMATION ABOUT MY 25 YEAR OLD CONVICTION ON HIS FACEBOOK PAGE, BUT ADDED HIS OWN LABEL AND LABELED ME A PEDOPHILE. (SEE EXIBIT #5)

2

PLAINTIFF BEING A PEDOPHILE IS NOT
TRUE NOR SUBSTANTIALLY TRUE AND IS
COMPLETELY FALSE AND DEFAMATORY

5.) ACCORDING TO MY CONVICTION IN 1999, I HAD
SEX WITH A 15 YEAR OLD IN 1998, NAMED
MELISSA,

6.) EXIBIT #6 IS THE MERRIAM WEBSTER DICTIONARY
DEFINITION OF PEDOPHILE. "SEXUAL PERVERSION IN
WHICH CHILDREN ARE THE PREFERRED SEXUAL OBJECT."

7.) PLAINTIFF IS APPROX. 60 DAYS SHY OF BEING
54 YEARS OLD. I HAD 26 YEARS OF LIFE BEFORE
I MET MELISSA, WITH ABSOLUTELY ZERO SEXUAL
IMPROPRIETY OR EVEN ACCUSATION OF ANY CRIMINAL
ACTIVITY OF ANY KIND. THAT 26 YEARS INCLUDES.

A.] HIGH SCHOOL IN WAUKEGAN
B.] COLLEGE IN NEBRASKA
C.) SCHOOL BUS DRIVER 5 YEARS K-12
D.) HIRED IN JAN. 1997 AS A WAUKEGAN POLICE OFC.
     (I MET MELISSA OCT. 1997)

AFTER MY FATHER WENT BLIND IN 1992 WHEN I
WAS ENTERING MY JUNIOR YEAR OF COLLEGE SO
I STOPPED AND BEGAN WORKING AS A SCHOOL BUS

3

DRIVER, WHICH FINGERPRINTED ME AND WENT THROUGH MY BACKGROUND AND FROM 1992 TO 1997, I WAS 21 TO 26 YEARS OLD AND DROVE KIDS FROM 5 YEARS OLD TO 18 YEARS OLD AND THERE WAS NO ACCUSATIONS OF SEXUAL WRONGDOING BY ME. CLEARLY IF THERE WAS THE WAUKEGAN POLICE DEPT. WOULD HAVE FOUND IT AND NOT HIRED ME, AS I PASSED EVERY BACK-GROUND CHECK, EXAM AND INTERVIEWS GIVEN.

8.) 27 YEARS SINCE MELISSA, THERE HAS BEEN NO, EVEN ACCUSATION OF SEXUAL WRONGDOINGS

9.) EXIBIT #6 ALSO STATES: "A PSYCHIATRIC DISORDER IN WHICH AN ADULT HAS SEXUAL FANTASIES ABOUT OR ENGAGES IN SEXUAL ACTS WITH A CHILD: A PREPUBE-SCENT CHILD.

10.) EXIBIT #7 DEFINES WHAT THE MEANING OF PREPUBESCENT IS, AND THE AGE RANGE IS 8-12 YEAS OLD.

11.) THE FACTS OF MY 1999 SEX CONVICTION WILL SHOW THAT LABELING ME A PEDOPHILE IS COMPLETELY FALSE AND DEFAMATORY AS CASE # 99CF928 IN LAKE COUNTY IL. WILL SHOW.

4

12.) MELISSA HELD HERSELF AS A 19 YEAR OLD FROM PUERTO RICO. (SEE EXIB, T #8 p. 1-4) (MELISSA'S MEDICAL RECORDS IN 99CF928) SHE WAS BORN 9-13-78, MAKING HER 19 YEARS OLD IN OCT. 1997 WHEN I MET HER AND IN JUNE 1998 WHEN WE BECAME PREGNANT. (OUR DAUGHTER IS NOW 26 YEARS OLD)

13.) 1998 WHEN MELISSA BECAME PREGNANT WAS 27 YEARS AGO, DEFENDANT JESSE REYES' POST ON FACE BOOK OF LABELING ME A PEDOPHILE IN 2024, ALTHOUGH FALSE AND DEFAMATORY IS 27 YEARS LATE, AS IF I'M THIS 53 YEAR OLD MAN OUT THERE MOLESTING CHILDREN.

14.) AT ALL RELAVANT TIMES IN MY OVER A YEAR LONG RELATIONSHIP WITH MELISSA, I BELIEVED SHE WAS 19 YEARS OLD AND LATER 20 YEARS OLD, WE WERE ENGAGED TO BE MARRIED. (PROPOSAL VIDEO ALSO IN 99CF928) (SEE EXIBIT #9)

15.) EXIB, T #10 IS THE ILLINOIS SEX OFFENDER REGISTRATION FORM, I HAVE OVER A HUNDRED ,F THESE FORM AND IN THE TOP LEFT CORNER OF THEM ALL IS A LIST OF WHAT A PERSONS SEXUAL CONVICTION WILL PLACE THEM IN AND IN ALL MY FORMS I'M LISTED OR CHECKED BOX AS A SEX OFFENDER. THERE IS A

A BOX THAT WOULD HAVE BEEN CHECKED IF I WAS
CONSIDERED SEXUALLY DANGEROUS/VIOLENT, BUT IT'S
NOT CHECKED ON MY FORMS, THERES A BOX FOR
SEXUAL PREDATOR (WHICH IS WHAT A PEDOPHILE IS)
BUT THAT'S ALSO NOT CHECKED ON MY FORMS

16.) EXIBIT #11 IS TWELVE PAGES OF COURT RECORDS
FROM CASE 99CF928, I WILL REFER TO THESE PAGES
BY THE ACTUAL NUMBER IN THE LOWER RIGHT
CORNER OF THE PAGE, SUCH AS EXIBIT #11 P. 98
IS THE START OF VETERAN JUDGE THOMAS LANG
SENTENCE HEARING AFTER MY CONVICTION. THIS
PAGE THE JUDGE SAYS THERE WAS A PRE-SENTENCE
INVESTIGATION AND MY HISTORY, CHARACTER AND
BACKGROUND WAS ALL CONSIDERED, NO CRIMINAL
HISTORY WHATSOEVER.

17. EXIBIT #11 P. 99. JUDGE LANG STATES "ACCORDING
TO DR. BLAIN (SEE EXIBIT #12, WHO'S DR. BLAIN) I HAVE
NO ANTI-SOCIAL TENDENCIES. (SEE EXIBIT #13 P. 1-4)
A PEDOPHILE HAS ANTI-SOCIAL TENDENCIES, BUT THE
EXPERT DR. WHO EXAM ME AND SPOKE TO ME
MULTIPLE TIMES SAYS I DON'T HAVE ANY OF THOSE
BEHAVIORS,

18.) EXIBIT #11, P. 100, 6 SENTENCE DOWN, THE JUDGE STATES "HE DID NOT INITIATE THE RELATION-SHIP WITH MS. MEDINA. (MELISSA) INDEED THE EVIDENCE IS UNCONTRADICTED THAT MS. MEDINA INITIATED THE RELATIONSHIP THROUGH THE DEFENDANTS COUSIN." "IT WAS NOT A PREDATORY SITUATION." EVEN IN THIS ONE AND ONLY SEXUAL ANYTHING IN MY NEARLY 54 YEARS OF LIFE, I DIDN'T PREY, SHE PREYED ON ME AND LIED AND USED MY FAMILY TO BE AROUND ME FOR MONTHS, AND I GREW TO LOVE HER AS THE SECOND PARAGRAPH ON P. 100 SHOWS, THE JUDGE STATES "AS I LOOKED AT THE VIDEO, (VIDEO I MENTIONED EARLIER OF MY PROPOSAL TO MELISSA) IT CERTAINLY INDICATED TO ME THE DEFENDANT CLEARLY INTENDED TO MARRY THIS YOUNG LADY." PROPOSED WITH FAMILY AND FRIENDS THERE. (CONTINUED ON P. 101)

19.) EXIBIT #11, P. 102, 5TH SENTENCE DOWN, THE JUDGE STATES "IT FINDS SPECIFICALLY THAT HIS IMPRISONMENT IS NOT NECESSARY FOR THE PRO-TECTION OF THE PUBLIC" AGAIN SHOWING. FROM THE JUDGE IN THIS CASE THAT I'm NO PEDOPHILE, NOT AT ALL OR ELSE THE PUBLIC WOULD NEED PROTECTION.

20.) EXIBIT #11 PGS. 106, 107 & 108, STARTING AT THE WORD

FINALLY, 2ND PARAGRAPH P. 106, ALL OF 107 AND TOP OF PAGE 108. THE JUDGE TALKS ABOUT HOW THIS IS THE ONLY CASE IN HIS CAREER THAT THE JURY MADE A SENTENCE RECOMDATION AND THAT HE ASKED EVERY JUROR, ALL 12 AND THEY ALL SAID THAT THEY DO NOT WANT ME TO DO JAIL TIME ON THIS CASE. I DON'T KNOW OF ONE PERSON WHO WOULD SAY THAT THEY DON'T WANT A PEDOPHILE IN JAIL, OR FOR THAT MATTER A SEX OFFENDER, BUT THE 12 MEN AND WOMEN WHO SAT AND LISTEN TO THIS CASE ALL SAID THAT ABOUT ME. I DON'T WANT HIM TO GO TO JAIL

21.) THE REST OF EXIBIT #11 PAGES 54-57 ARE OF MELISSA.

22.) EXIBIT #14 PAGES 1 & 2 ARE THE 36 MONTHS PROBATION CONDITIONS THE JUDGE PLACED/ORDERED ON ME AND ON THE TOP OF PAGE 2, NUMBER 23. ON THE DOCUMENT THE JUDGE WRITES "NO CONTACT WITH FEMALES BETWEEN THE AGES 12-18 YEARS EXCEPT FAMILY MEMBERS OR IN A PUBLIC PLACE ANCILLARY TO EMPLOYMENT." THIS SAYS THAT RIGHT AFTER BEING CONVICTED OF A SEX CRIME I CAN HAVE CONTACT WITH ALL MALE CHILDREN AND ANY FEMALE UNDER 12. THAT IS THE EXACT

8

OPPISITE OF A CONDITION YOU WOULD PUT ON A PEDOPHILE. THAT IS A LOUD AND CLEAR STATEMENT FROM THE JUDGE, THAT SAYS TO ME, THIS MAN IS NOT A DANGER AT ALL TO CHILDREN, NOT EVEN CLOSE TO A PEDOPHILE AND THE JUDGE WAS 100% RIGHT AND MY 54 YEARS OF LIFE SAYS THAT ALSO, ALONG WITH DR. JERRY BLAIN AND HIS EXAMI-NATION OF ME, ALONG WITH A 12 PERSON JURY, THE JUDGE THOMAS LANG, THE WAUKEGAN POLICE DEPT. AND BOARD MEMBERS, A SCHOOL BUS COMPANY AND FIVE YEARS OF DRIVING CHILDREN, MARIA RUIZ, EXIBITS #2,3,&4, MELISSA MEDINA AND HER UNDER OATH TESTIMONY, THE ILLINOIS STATE POLICE ACADEMY THAT I GRADUATED FROM AND THE NUMBER ONE OR NUMBER TWO BIGGEST COMPANY IN AMERICA, AMAZON WHO HIRED ME IN 2022. (SEE EXIBIT # 15) ONLY DEFENDANT JESSE REYES WHO HAS NEVER HAD A CONVERSATION AT ALL WITH ME ABOUT ANYTHING, BUT DEFENDANT REYES COULD HAVE, BUT WOULD RATHER MELICIOUSLY DEFAME ME, CAUSE ME HARM, 25 YEAR LATER.

PLAINTIFF RESPECTFULLY PRAYS THAT THIS HONORABLE COURT DENIES DEFENDANTS MOTION TO DISMISS, AND

9

PLAINTIFF ATTESTS UNDER PENALITY OF PERJURY
THAT ALL EVIDENCE DOCUMENTS ARE ACCURATE
AND TRUE, AND ALL INFORMATION IS TRUE AND
CORRECT TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

RESPECTFULLY SUBMITTED,

WILLIS BAIRD, PRO SE
1073 SHERIDAN RD. APT. 208
KENOSHA WI. 53140
PH# 262-883-7072
EMAIL: KEVINWILLISBOY4HOO.CO.

ORAL ARGUMENT REQUESTED

12:10 📧 📧 📧 📧 ☁ ●                    📶 89% 🔋

< (M) **Maria Ruiz** ˅                   ⋮

if you are worried
about me and her
father, there's nothing
there. I've been done
w him since fathers
day 2022. that's the
God honest truth.

4:43 AM

I'm not really a worrier
about those kinds of
issues, one, because
I believe people are
always free to do
as they want, nor
would I worry about      ˅

EXIBIT#1

🖼  📷  +                      ☺  ⑊

12:42

◄ Search



 **Maria Sweet Maria · Follow**
3h · 🌐

I know that the internet does wonders...

I'm hoping to find MY DEAREST FRIEND KEVIN!

this is a video from 2016
(my brain sucks and I cant for the life of me
remember his last name.. 😵 trauma can do some
ishhh to your brain 🥴)

if anyone knows him or how I can reach him please
let me know 🙏
I feel like this is my last resort ☹



*Ex IB, T #*
*2*

   



ps. as you can see, he always dressed like it was Easter Sunday, even if it wasn't, no matter what we did or where we went, always in a suit, he used to say that we should always look our best 😩

so please, if you've read this far and you find it in your heart to share, I would truly appreciate it, immensly, from the bottom of my heart 🫂

🙏 I feel like this is my last resort, he wasn't a social media person then, he might not be now, but I'm in hopes that someone out there might recognize him and can lead me to him 😩🫂

signed,
a hopeful friend 🙏 🖤

EXIBIT#
3

1:10

**Maria Sweet Maria**

Posts    Photos    Reels

**Maria Sweet Maria**
5h · ☉

I know that the internet does wonders...

I'm hoping to find MY DEAREST FRIEND KEVIN!

story as to why I would like to find him 😇🧍

I met him while I was working one day at a cell phone place. he came in one day, just as he did the day before, asking about a phone. me thinking he was just like every other guy out there just tryna "get to know me" which in this generation, we all know what that means.. 😒

But not Kevin. he was soo adamant about just truly and genuinely being my friend 💚 he kept coming back, just keeping me company telling me about his life.. as i heard more I realized he just needed a friend.. 😊
even though we were friends, I always refused to hug him. I believe it wasn't up til a year after being friends that we hugged and that's cuz it was Christmas 😂 he was shocked when I hugged him and I said "it's Christmas".

this man was genuine friend and confidant. he never once googled eyes at me, flirted with me, called me sexy or anything like that. if he ever complimented me it was "you look nice today" in a genuine very neutral tone. I loved that he treated me as a person and not just a girl who he could possibly sleep with after gaining a "friendship". this man was a true friend, no matter what he was going thru he was there for whatever I needed help with. as a woman, do you know what that means to me? do you know how hard it is to find someone like that? everyone I've ever encountered with in my lifetime has always had an ulterior motive, most of the time its to get in my pants. But not him. I met his family (who lived out in Chicago at the time), it was such a wonderful pleasant time. (just take me back) 😫

I kinda stopped talking to him once a serious relationship was part of my life again, cuz what guy wants their girl to have a guy best friend? they would look at him and say "no way that's JUST your friend" He told me too, that they "wouldnt let us" be friends. it's the worst cuz it was definitely not worth letting him go, and not only do i know that now but i also see all the toxic and trauma relationships I've been in and how fucked up my way of thinking is (was, I've done alot of healing in the past year alone) 😩

I feel he FOUGHT SOO HARD JUST TO BE MY FRIEND, and now its MY TURN. I've gone to the last place I knew he resided at, he's moved. 😕

these videos are from 2016
(my brain sucks and i cant for the life of me remember his last name.. 😩 trauma can do some ishhh to your brain 😵)

*EXHIBIT # 4*



EXIBIT--
5



7:46  5G 95%

Merriam-Webster    pedophilia    Q

**Definition**    Word History    Entries Near

# pedophilia noun

pe·do·phil·ia ( pe-də-ˈfi-lē-ə ◀))
( pē- ◀))

: sexual perversion in which children are the preferred sexual object

*specifically* : a psychiatric disorder in which an adult has sexual fantasies about or engages in sexual acts with a prepubescent child

## pedophiliac ( pe-də-ˈfi-lē-ak ◀)) ,pē-
adjective

variants *or* **pedophilic**

( pe-də-ˈfi-lik ◀)) ,pē-



*EXIBIT #6*

7:49 📱 96% 🔋

Q  meaning of prep...  🎤  📷

## What is considered pre pubescent?



Prepubescence, puberty, and age range

Instead, prepubescent (and sometimes child) is a term for boys and girls who have not developed secondary sex characteristics, while preadolescent is generally defined as those ranging from age 8 to 12 years. Preadolescence may also be defined as the period from 10 to 13 years.

w  https://en.m.wikipedia.org › wiki

Preadolescence - Wikipedia

## MORE RESULTS


Discover


Search


Saved

EXIBIT #1
7

# HIGHLAND PARK WOMEN'S HEALTH CARE, S.C.
### TAX I.D. # 36-3236567

**RUTH KARLIN GUTH, M.D.**
**MICHAEL D. BENSON, M.D.**

**CHERYL L. PERLIS, M.D.**
**NICOLE E. MENEGAKIS, M.D.**

□ 550 N. LAKE ST.
MUNDELEIN, IL 60060
(847) 970-9993

□ 720 OSTERMAN, SUITE 205
DEERFIELD, IL 60015
(847) 945-9470

FAX: (847) 945-9499

□ 850 N. MILWAUKEE AVE., SUITE 102
VERNON HILLS, IL 60061
(847) 362-1360

□ 2246 GRAND AVE.
LINDENHURST, IL 60
(847) 265-1164

| OFFICE VISITS | CODE | FEE | ✓ | LABORATORY | CODE | FEE | ✓ | OFFICE PROCEDURES | CODE |
|---|---|---|---|---|---|---|---|---|---|
| New Patient - Minimal | 99201 | | | Alpha - Fetoprotein | 82105 | | | Biopsy, Cervix, Single or Mult. | 57000 |
| New Patient - Brief | 99202 | | | Antibody Screen, Indirect Coombs | 86885 | | | Biopsy, Vulvar or Perineal | 56605 |
| New Patient - Limited | 99203 | | | CA - 125 | 86316 | | | Breast Aspiration | 88170 |
| New Patient - Detailed | 99204 | | | CBC w/Differential | 85025 | | | Colposcopy | 57452 |
| New Patient - Comprehensive | 99205 | | | Cholesterol Level | 82465 | | | Colposcopy w/Biopsy | 57454 |
| Estab. Patient - Brief/Recall | 99212 | | | Comp Metabolic Panel | 80054 | | | Colposcopy w/LEEP | 57460 |
| Estab. Patient - Limited | 99213 | | | Coronary Risk Profile | 80061 | | | Conization, by LEEP | 57522 |
| Estab. Patient - Detailed | 99214 | | | Culture, Cervical | 87072 | | | Condyloma, Chemical | 57150 |
| Estab. Patient - Comprehensive | 99215 | | | Culture, Urine/Bacteria | 87087 | | | Cryocautery Cervix | 57511 |
| Nurse / Clinical Visit | 99211 | | | DHEAS | 82627 | | | Destruction Lesion, Vag, Simple | 57061 |
| Post-Operative Visit (N/C) | 99024 | | | Digene | 87621 | | | Destruction Lesion, Vag, Extensive | 57065 |
| | | | | Estradiol | 82670 | | | Destruction Lesion, Vulvar, Simple | 56501 |
| **PREVENTATIVE VISITS** | | | | FBS & 2° P.P. | 82951 | | | Destruction Lesion, Vulvar, Extens | 56515 |
| New Patient - Ages 12-17 Years | 99384 | | | FSH | 83001 | | | Diaphragm Fitting | 57170 |
| New Patient - Ages 18-39 Years | 99385 | | | GC/Chlamydia DNA Probe | 87797 | | | Endocervical Curettage | 57505 |
| New Patient - Ages 40-64 Years | 99386 | | | Glucose, Post Dose | 82950 | | 27 | Endometrial / Cervical Sampling Bx | 58100 |
| New Patient - Ages 65 Years + | 99387 | | | Hematocrit N/O S706 | 85014 | | 40 | Excision Genital Lesion, Benign | 11422 |
| Estab. Patient - Ages 12-17 Years | 99394 | | | Hepatitis B Surf Antigen | 87340 | | | I & D Bartholins Gland Abscess | 56420 |
| Estab. Patient - Ages 18-39 Years | 99395 | | | HCG, Quant. | 84702 | | | I & D Vulva or Perineal Abscess | 56405 |
| Estab. Patient - Ages 40-64 Years | 99396 | | | Hemocult | 82270 | | | IUD Insertion | 58300 |
| Estab. Patient - Ages 65 Years | 99397 | | | Hepatitis Panel | 80059 | | | IUD Removal | 58301 |
| | | | | HIV Antigen | 86701 | | | Laminaria Insertion | 59200 |
| **OFFICE CONSULTATIONS** | | | | LH | 83002 | | | Marsup of Bartholin Gland | 56440 |
| Minimal - Requested By Other Phys. | 99241 | | | Pap Smear, Cervical/Vaginal | 88150 | | | Pessary Insertion | 57160 |
| Brief - Requested By Other Phys. | 99242 | | | Papnet | 88158 | | | Polypectomy | 57500 |
| Limited - Requested By Other Phys. | 99243 | | | Parvovirus | 86747 | | | Suct Curettage for Incomp AB | 59812 |
| Detailed - Requested By Other Phys. | 99244 | | | Prenatal Screen w/Rubella | 80055 | | | Post Coital Testing | 89300 |
| Comprehensive - Requested By Other Phys. | 99245 | | | Progesterone Level | 84144 | | | | |
| Second Opinion - Level 3 | 99273 | | | Prolactin Level | 84146 | | | | |
| Second Opinion - Level 4 | 99274 | | | Rubella Titer, Antibody | 86762 | | | **ULTRASOUNDS** | |
| | | | | Smears, Breast/Other | 88160 | | | Abdominal | 76700 |
| **OBSTETRICAL CARE** | | | | Surgical Path. 1 2 3 4 Specim. | 88305 | | | Breast | 76645 |
| New OB Patient | | | | Surgical Pathology - LEEP | 88307 | | | Biophysical Profile | 76818 |
| OB Visit | OB/NC | | | Strep Test, Rapid | 86403 | | | Guidance, Amniocentesis | 76946 |
| Prenatal Care w/o Delivery | 59425 | | | Tay Sachs | 86318 | | | Guidance, Needle Biopsy | 76942 |
| Postpartum Care Only | 59430 | | | Thyroid Panel w/TSH | 80092 | | | OB, Complete | 76805 |
| Fetal Non-Stress Test | 59025 | | | Toxoplasmosis | 86777 | | | OB, Complete, Multiple Gest | 76810 |
| Amniocentesis | 59000 | | | UCG | 81025 | | | OB, Limited | 76815 |
| | | | | Urinalysis | 81000 | | | OB, Repeat /Follow-up | 76816 |
| **INJECTIONS & SUPPLIES** | | | | Varicella Zoster | 86787 | | | Pelvic | 76856 |
| Depo Provera | J1055 | | | Venipuncture | 36415 | | 10 | Pelvic, Limited / Follow-up | 76857 |
| Diaphragm | 99070 | | | Viral Culture, Tissue | 87252 | | | Transvaginal | 76830 |
| Injection | 90782 | | | Wet Mount | 87210 | | | | |
| Lupron Depot 3.75 mg | J1950 | | | | | | | | |
| Pessary | 99070 | | | | | | | | |
| Rhogam | 90742 | | | | | | | | |
| Rubella Vaccine | 90706 | | | | | | | | |

| DATE | TIME | PATIENT | REASON | PRIOR BALANCE | DIAGNOSIS: |
|---|---|---|---|---|---|
| 01/06/99 | 2.00 | MELISSA MEDINA | OB & GLUCOSE | PRI 57.40 INS 0.00 | Needs Colpo App |

TICKET NO. 21240   DR.# 3   DOCTOR: PERLIS MD

LOCATION: DEERFIELD OFFICE

D.O.B.: 09/13/78

TODAY'S CHARGE: 77.40

V55.2  Z.D.M

PATIENT NO. 41277   RESPONSIBLE PARTY: MELISSA MEDINA

PH# 847   662 3646   REFERRING DR.

ADJUSTMENTS:

NEXT APPOINTMENT:
Days _____ Weeks _____ Months _____

SEX: M ☐ F ☒   ADDRESS: 543 MILL CT   CITY/STATE: WAUKEGAN IL   ZIP CODE: 60085

| ÷EC₣AP | OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | 11.00 | 56.40 | 0.00 | 57.40 | | | | | |

I hereby authorize my insurance benefits to be paid dire to the above signed physician, realizing I am responsible t non-covered services and I hereby authorize the relea pertinent medical information to insurance carriers.

| INSURANCE COMPANY | BA | SCT | POLICY I.D. | RELATIONSHIP TO INSURED | BALANCE DUE |
|---|---|---|---|---|---|
| HPHC/NON-CAPITATED | Y | I | 594764442   32230001A1744 | SELF / SPOUSE / OTHER / CHILD | |

SSN #: 594 76 4442

EXIBIT #8
P.1

Patient Signature

**HIGHLAND PARK WOMEN'S HEALTHCARE, S.C.**

RUTH KARLIN GUTH, M.D.
MICHAEL D. BENSON, M.D.

CHERYL L. PERLIS, M.D.
NICOLE E. MENEGAKIS, M.D.

TAX I.D. # 36-3236567

1550 N. LAKE ST.
MUNDELEIN, IL 60060
(847) 970-9900

720 OSTERMAN, SUITE 205
DEERFIELD, IL 60015
(847) 945-9470

FAX: (847) 945-9499

850 N. MILWAUKEE AVE., SUITE 102
VERNON HILLS, IL 60061
(847) 362-1360

2246 GRAND AVE.
LINDENHURST, IL 60046
(847) 265-1164

| OFFICE VISITS | CODE | FEE | ✓ | LABORATORY | CODE | FEE | ✓ | OFFICE PROCEDURES | CODE |
|---|---|---|---|---|---|---|---|---|---|
| New Patient - Minimal | 99201 | | | Alpha - Fetoprotein | 82105 | | | Biopsy, Cervix, Single or Mult. | 57000 |
| New Patient - Brief | 99202 | | | Antibody Screen, Indirect Coombs | 86885 | | | Biopsy, Vulvar or Perineal | 56605 |
| New Patient - Limited | 99203 | | | CA - 125 | 86316 | | | Breast Aspiration | 88170 |
| New Patient - Detailed | 99204 | | | CBC w/Differential | 85025 | | | Colposcopy | 57452 |
| New Patient - Comprehensive | 99205 | | | Cholesterol Level | 82465 | | | Colposcopy w/Biopsy | 57454 |
| Estab. Patient - Brief/Recall | 99212 | | | Comp Metabolic Panel | 80054 | | | Colposcopy w/LEEP | 57460 |
| Estab. Patient - Limited | 99213 | | | Coronary Risk Profile | 80061 | | | Conization, by LEEP | 57522 |
| Estab. Patient - Detailed | 99214 | | | Culture, Cervical | 87072 | | | Condyloma, Chemical | 57150 |
| Estab. Patient - Comprehensive | 99215 | | | Culture, Urine/Bacteria | 87087 | | | Cryocautery Cervix | 57511 |
| Nurse / Clinical Visit | 99211 | | | DHEAS | 82627 | | | Destruction Lesion, Vag, Simple | 57061 |
| Post-Operative Visit (N/C) | 99024 | | | Digene | 87621 | | | Destruction Lesion, Vag, Extensive | 57065 |
| | | | | Estradiol | 82670 | | | Destruction Lesion, Vulvar, Simple | 56501 |
| **PREVENTATIVE VISITS** | | | | FBS & 2° P.P. | 82951 | | | Destruction Lesion, Vulvar, Extens | 56515 |
| New Patient - Ages 12-17 Years | 99384 | | | FSH | 83001 | | 55 | Diaphragm Fitting | 57170 |
| New Patient - Ages 18-39 Years | 99385 | | | GC/Chlamydia, DNA Probe | 87797 | | | Endocervical Curettage | 57505 |
| New Patient - Ages 40-64 Years | 99386 | | | Glucose, Post Dose | 82950 | | | Endometrial / Cervical Sampling Bx | 58100 |
| New Patient - Ages 65 Years + | 99387 | | | Hematocrit | 85014 | | | Excision Genital Lesion, Benign | 11422 |
| Estab. Patient - Ages 12-17 Years | 99394 | | | Hepatitis B Surf Antigen | 87340 | | | I & D Bartholins Gland Abscess | 56420 |
| Estab. Patient - Ages 18-39 Years | 99395 | | | HCG, Quant. | 84702 | | | I & D Vulva or Perineal Abscess | 56405 |
| Estab. Patient - Ages 40-64 Years | 99396 | | | Hemoccult | 82270 | | | IUD Insertion | 58300 |
| Estab. Patient - Ages 65 Years + | 99397 | | | Hepatitis Panel | 80059 | | | IUD Removal | 58301 |
| | | | | HIV Antigen | 86701 | | | Laminaria Insertion | 59200 |
| **OFFICE CONSULTATIONS** | | | | LH | 83002 | | | Marsup of Bartholin Gland | 56440 |
| Minimal - Requested By Other Phys. | 99241 | | | Pap Smear, Cervical/Vaginal | 88150 | | | Pessary Insertion | 57160 |
| Brief - Requested By Other Phys. | 99242 | | | Papnet | 88156 | | | Polypectomy | 57500 |
| Limited - Requested By Other Phys. | 99243 | | | Parvovirus | 86747 | | | Suct Curettage for Incomp AB | 59812 |
| Detailed - Requested By Other Phys. | 99244 | | | Prenatal Screen w/Rubella | 80055 | | | Post Coital Testing | 89300 |
| Comprehensive - Requested By Other Phys. | 99245 | | | Progesterone Level | 84144 | | | | |
| Second Opinion - Level 3 | 99273 | | | Prolactin Level | 84146 | | | | |
| Second Opinion - Level 4 | 99274 | | | Rubella Titer, Antibody | 86762 | | | **ULTRASOUNDS** | |
| | | | | Smears, Breast/Other | 88160 | | | Abdominal | 76700 |
| **OBSTETRICAL CARE** | | | | Surgical Path. 1 2 3 4 Specim. | 88305 | | | Breast | 76645 |
| New OB Patient | | | | Surgical Pathology - LEEP | 88307 | | | Biophysical Profile | 76818 |
| OB Visit | OB/NC | | | Strep Test, Rapid | 86403 | | | Guidance, Amniocentesis | 76946 |
| Prenatal Care w/o Delivery | 59425 | | | Tay Sachs | 86318 | | | Guidance, Needle Biopsy | 76942 |
| Postpartum Care Only | 59430 | | | Thyroid Panel w/TSH | 80092 | | | OB, Complete | 76805 |
| Fetal Non-Stress Test | 59025 | | | Toxoplasmosis | 86777 | | | OB, Complete, Multiple Gest. | 76810 |
| Amniocentesis | 59000 | | | UCG | 81025 | | | OB, Limited | 76815 |
| | | | | Urinalysis | 81000 | | | OB, Repeat / Follow-up | 76816 |
| **INJECTIONS & SUPPLIES** | | | | Varicella Zoster | 86787 | | | Pelvic | 76856 |
| Depo Provera | J1055 | | | Venipuncture | 36415 | | | Pelvic, Limited / Follow-up | 76857 |
| Diaphragm | 99070 | | | Viral Culture, Tissue | 87252 | | | Transvaginal | 76830 |
| Injection | 90782 | | | Wet Mount | 87210 | | | | |
| Lupron Depot 3.75 mg | J1950 | | | | | | | | |
| Pessary | 99070 | | | | | | | | |
| Rhogam | 90742 | | | | | | | | |
| Rubella Vaccine | 90706 | | | | | | | | |

| DATE | TIME | PATIENT | | REASON | | PRIORITY/DUE NOTICE | DIAGNOSIS: |
|---|---|---|---|---|---|---|---|
| 09/22/98 | 3.30 | MELISSA MEDINA | | OB | ING | 41.20 | G43.93 |

TICKET NO. 06 DR. 4 DOCTORIS MD     LOCATION 0 OFFICE     09.0.8/78     TODAY'S CHARGE 55⁰⁰
847

PATIENT NO. RESPONSIBLE PARTY     PHC 3646     REFERRING DR.     ADJUSTMENTS

NEXT APPOINTMENT: UTS in 6 wks
Days _____ Weeks ~3 - color, cu 6h. Months _____

SEX: M F     ADDRESS LL CT     VIL/CITY STATE IL ZIP CODE

RECAP: OVER 90    OVER 60    OVER 30    CURRENT    TOTAL DUE    PT    BC    CS    PAY CHOICE    TODAY'S PAYMENTS

INSURANCE COMPANY ID     BA SCT POLICY VIL #     32200001A1744

RELATIONSHIP TO INSURED: SELF SPOUSE CHILD OTHER

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible for non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

BALANCE DUE

SSN # 584 76 4442

*EXIBIT # 8*
*P. 2*

Patient Signature

**HIGHLAND PARK WOMEN'S HEALTH CARE, S.C.**
TAX I.D.# 36-3236567

RUTH KARLIN GUTH, M.D.
MICHAEL D. BENSON, M.D.

CHERYL L. PERLIS, M.D.
NICOLE E. MENEGAKIS, M.D.

□ 550 N. LAKE ST.
MUNDELEIN, IL 60060
(847) 970-9900

□ 720 OSTERMAN, SUITE 205
DEERFIELD, IL 60015
(847) 945-9470

FAX: (847) 945-9499

□ 850 N. MILWAUKEE AVE., SUITE 102
VERNON HILLS, IL 60061
(847) 362-1360

□ 2246 GRAND AVE.
LINDENHURST, IL 60046
(847) 265-1164

| OFFICE VISITS | CODE | FEE |
|---|---|---|
| New Patient - Minimal | 99201 | |
| New Patient - Brief | 99202 | |
| New Patient - Limited | 99203 | |
| New Patient - Detailed | 99204 | |
| New Patient - Comprehensive | 99205 | |
| Estab. Patient - Brief/Recall | 99212 | |
| Estab. Patient - Limited | 99213 | |
| Estab. Patient - Detailed | 99214 | |
| Estab. Patient - Comprehensive | 99215 | |
| Nurse / Clinical Visit | 99211 | |
| Post-Operative Visit (N/C) | 99024 | |

| PREVENTATIVE VISITS | CODE | FEE |
|---|---|---|
| New Patient - Ages 12-17 Years | 99384 | |
| New Patient - Ages 18-39 Years | 99385 | |
| New Patient - Ages 40-64 Years | 99386 | |
| New Patient - Ages 65 Years + | 99387 | |
| Estab. Patient - Ages 12-17 Years | 99394 | |
| Estab. Patient - Ages 18-39 Years | 99395 | |
| Estab. Patient - Ages 40-64 Years | 99396 | |
| Estab. Patient - Ages 65 Years + | 99397 | |

| OFFICE CONSULTATIONS | CODE | FEE |
|---|---|---|
| Minimal - Requested By Other Phys. | 99241 | |
| Brief - Requested By Other Phys. | 99242 | |
| Limited - Requested By Other Phys. | 99243 | |
| Detailed - Requested By Other Phys. | 99244 | |
| Comprehensive - Requested By Other Phys. | 99245 | |
| Second Opinion - Level 3 | 99273 | |
| Second Opinion - Level 4 | 99274 | |

| OBSTETRICAL CARE | CODE | FEE |
|---|---|---|
| New OB Patient | OB/NC | |
| OB Visit | OB/NC | |
| Prenatal Care w/o Delivery | 59425 | |
| Postpartum Care Only | 59430 | |
| Fetal Non-Stress Test | 59025 | |
| Amniocentesis | 59000 | |

| INJECTIONS & SUPPLIES | CODE | FEE |
|---|---|---|
| Depo Provera | J1055 | |
| Diaphragm | 99070 | |
| Injection | 90782 | |
| Lupron Depot 3.75 mg | J1950 | |
| Pessary | 99070 | |
| Rhogam | 90742 | |
| Rubella Vaccine | 90706 | |

| LABORATORY | CODE | FEE |
|---|---|---|
| Alpha - Fetoprotein | 82105 | |
| Antibody Screen, Indirect Coombs | 86885 | |
| CA - 125 | 86316 | |
| CBC w/Differential | 85025 | |
| Cholesterol Level | 82465 | |
| Comp Metabolic Panel | 80054 | |
| Coronary Risk Profile | 80061 | |
| Culture, Cervical | 87072 | |
| Culture, Urine/Bacteria | 87087 | |
| DHEAS | 82627 | |
| Digene | 87621 | |
| Estradiol | 82670 | |
| FBS & 2° P.P. | 82951 | |
| FSH | 83001 | |
| GC/Chlamydia DNA Probe | 87797 | |
| Glucose, Post Dose | 82950 | |
| Hematocrit | 85014 | |
| Hepatitis B Surf Antigen | 87340 | |
| HCG, Quant. | 84702 | |
| Hemoccult | 82270 | |
| Hepatitis Panel | 80059 | |
| HIV Antigen | 86701 | |
| LH | 83002 | |
| Pap Smear, Cervical/Vaginal | 88150 | |
| Papnet | 88158 | |
| Parvovirus | 86747 | |
| Prenatal Screen w/Rubella | 80055 | |
| Progesterone Level | 84144 | |
| Prolactin Level | 84146 | |
| Rubella Titer, Antibody | 86762 | |
| Smears, Breast/Other | 88160 | |
| Surgical Path. 1 2 3 4 Specim. | 88305 | |
| Surgical Pathology - LEEP | 88307 | |
| Strep Test, Rapid | 86403 | |
| Tay Sachs | 86318 | |
| Thyroid Panel w/TSH | 80092 | |
| Toxoplasmosis | 86777 | |
| UCG | 81025 | |
| Urinalysis | 81000 | |
| Varicella Zoster | 86787 | |
| Venipuncture | 36415 | |
| Viral Culture, Tissue | 87252 | |
| Wet Mount | 87210 | |

| OFFICE PROCEDURES | CODE | FEE |
|---|---|---|
| Biopsy, Cervix, Single or Mult. | 57000 | |
| Biopsy, Vulvar or Perineal | 56605 | |
| Breast Aspiration | 88170 | |
| Colposcopy | 57452 | |
| Colposcopy w/Biopsy | 57454 | |
| Colposcopy w/LEEP | 57460 | |
| Conization, by LEEP | 57522 | |
| Condyloma, Chemical | 57150 | |
| Cryocautery Cervix | 57511 | |
| Destruction Lesion, Vag, Simple | 57061 | |
| Destruction Lesion, Vag, Extensive | 57065 | |
| Destruction Lesion, Vulvar, Simple | 56501 | |
| Destruction Lesion, Vulvar, Extens | 56515 | |
| Diaphragm Fitting | 57170 | |
| Endocervical Curettage | 57505 | |
| Endometrial / Cervical Sampling Bx | 58100 | |
| Excision Genital Lesion, Benign | 11422 | |
| I & D Bartholins Gland Abscess | 56420 | |
| I & D Vulva or Perineal Abscess | 56405 | |
| IUD Insertion | 58300 | |
| IUD Removal | 58301 | |
| Laminaria Insertion | 59200 | |
| Marsup of Bartholin Gland | 56440 | |
| Pessary Insertion | 57160 | |
| Polypectomy | 57500 | |
| Suct Curettage for Incomp AB | 59812 | |
| Post Coital Testing | 89300 | |

| ULTRASOUNDS | CODE | FEE |
|---|---|---|
| Abdominal | 76700 | |
| Breast | 76645 | |
| Biophysical Profile | 76818 | |
| Guidance, Amniocentesis | 76946 | |
| Guidance, Needle Biopsy | 76942 | |
| OB, Complete | 76805 | |
| OB, Complete, Multiple Gest | 76810 | |
| OB, Limited | 76815 | |
| OB, Repeat / Follow-up | 76816 | |
| Pelvic | 76856 | |
| Pelvic, Limited / Follow-up | 76857 | |
| Transvaginal | 76830 | |

| DATE | TIME | PATIENT | | REASON | PRIOR BALANCE | PAT | 0.00 |
|---|---|---|---|---|---|---|---|
| 11/07/98 | 9.20 | MELISSA MEDINA | | ROB | | INS | 430.00 |

TICKET NO.: 13843    DR.#: 10    DOCTOR: ULTRASOUND
LOCATION: DEERFIELD OFFICE    D.O.B.: 09/13/78    TODAY'S CHARGE: 195.00

PATIENT NO.: 41277    RESPONSIBLE PARTY: MELISSA MEDINA
PH#: 847 662 3646    REFERRING DR.:    ADJUSTMENTS:

SEX: M F — X
ADDRESS: 643 MILL CT    CITY/STATE: WAUKEGAN    IL    ZIP CODE: 60085

| REC AP | OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 55.00 | 375.00 | 430.00 | 9 | | | | |

INSURANCE COMPANY: HPHC/NON-CAPITATED    BA: Y    SCT: I
POLICY I.D.: 504764442    322000001A1744

RELATIONSHIP TO INSURED: SELF / SPOUSE / CHILD / OTHER — X

SSN #: 504 76 4442

EXIBIT #8
P-3

DIAGNOSIS: *Large for Dates*
656.63

NEXT APPOINTMENT:
Days _____ Weeks _____ Months _____

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible for non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

BALANCE DUE:

Patient Signature _____

RUTH KAHN RUTH, M.D.
MICHAEL D. BENSON, M.D.
☐ 30 N LAKE ST
MUNDELEIN, IL 60060
(847) 970-9090

☐ 720 OSTERMAN, SUITE 205
DEERFIELD, IL 60015
(847) 945-9470

FAX: (847) 945-9499

SHERYL LEPERLIS, M.D.
NICOLE E. MENEGAKIS, M.D.

☐ 850 N. MILWAUKEE AVE., SUITE 102
VERNON HILLS, IL 60061
(847) 362-1360

☐ 2245 GRAND AVE.
LINDENHURST, IL 60046
(847) 265-1164

| OFFICE VISITS | CODE | FEE |
|---|---|---|
| New Patient - Minimal | 99201 | |
| New Patient - Brief | 99202 | |
| New Patient - Limited | 99203 | |
| New Patient - Detailed | 99204 | |
| New Patient - Comprehensive | 99205 | |
| Estab. Patient - Brief/Recall | 99212 | |
| Estab. Patient - Limited | 99213 | |
| Estab. Patient - Detailed | 99214 | |
| Estab. Patient - Comprehensive | 99215 | |
| Nurse / Clinical Visit | 99211 | |
| Post-Operative Visit (N/C) | 99024 | |

| PREVENTATIVE VISITS | CODE | FEE |
|---|---|---|
| New Patient - Ages 12-17 Years | 99384 | |
| New Patient - Ages 18-39 Years | 99385 | |
| New Patient - Ages 40-64 Years | 99386 | |
| New Patient - Ages 65 Years + | 99387 | |
| Estab. Patient - Ages 12-17 Years | 99394 | |
| Estab. Patient - Ages 18-39 Years | 99395 | |
| Estab. Patient - Ages 40-64 Years | 99396 | |
| Estab. Patient - Ages 65 Years + | 99397 | |

| OFFICE CONSULTATIONS | CODE | FEE |
|---|---|---|
| Minimal - Requested By Other Phys. | 99241 | |
| Brief - Requested By Other Phys. | 99242 | |
| Limited - Requested By Other Phys. | 99243 | |
| Detailed - Requested By Other Phys. | 99244 | |
| Comprehensive - Requested By Other Phys. | 99245 | |
| Second Opinion - Level 3 | 99273 | |
| Second Opinion - Level 4 | 99274 | |

| OBSTETRICAL CARE | CODE | FEE |
|---|---|---|
| New OB Patient | | |
| FOB Visit | OB/NC | |
| Prenatal Care W/o Delivery | 59425 | |
| Postpartum Care Only | 59430 | |
| Fetal Non-Stress Test | 59025 | |
| Amniocentesis | 59000 | |

| INJECTIONS & SUPPLIES | CODE | FEE |
|---|---|---|
| Depo Provera | J1055 | |
| Diaphragm | 99070 | |
| Injection | 90782 | |
| Lupron Depot 3.75 mg | J1950 | |
| Pessary | 99070 | |
| Rhogam | 90742 | |
| Rubella Vaccine | 90706 | |

| LABORATORY | CODE | FEE |
|---|---|---|
| Alpha - Fetoprotein | 82105 | |
| Antibody Screen, Indirect Coombs | 86885 | |
| CA - 125 | 86316 | |
| CBC w/Differential | 85025 | |
| Cholesterol Level | 82465 | |
| Comp Metabolic Panel | 80054 | |
| Coronary Risk Profile | 80061 | |
| Culture, Cervical | 87072 | |
| Culture, Urine/Bacteria | 87087 | |
| DHEAS | 82627 | |
| Digene | 87621 | |
| Estradiol | 82670 | |
| FBS & 2° PP | 82951 | |
| FSH | 83001 | |
| GC/Chlamydia DNA Probe | 87797 | |
| Glucose, Post Dose | 82950 | |
| Hematocrit | 85014 | |
| Hepatitis B Surf Antigen | 87340 | |
| HCG, Quant. | 84702 | |
| Hemoccult | 82270 | |
| Hepatitis Panel | 80059 | |
| HIV Antigen | 86701 | |
| LH | 83002 | |
| Pap Smear, Cervical/Vaginal | 88150 | |
| Papnet | 88158 | |
| Parvovirus | 86747 | |
| Prenatal Screen w/Rubella | 80055 | |
| Progesterone Level | 84144 | |
| Prolactin Level | 84146 | |
| Rubella Titer, Antibody | 86762 | |
| Smears, Breast/Other | 88160 | |
| Surgical Path. 1 2 3 4 Specim. | 88305 | |
| Surgical Pathology - LEEP | 88307 | |
| Strep Test, Rapid | 86403 | |
| Tay Sachs | 86318 | |
| Thyroid Panel w/TSH | 80092 | |
| Toxoplasmosis | 86777 | |
| UCG | 81025 | |
| Urinalysis | 81000 | |
| Varicella Zoster | 86787 | |
| Venipuncture | 36415 | |
| Viral Culture, Tissue | 87252 | |
| Wet Mount | 87210 | |

| OFFICE PROCEDURES | CODE |
|---|---|
| Biopsy, Cervix, Single or Mult. | 57000 |
| Biopsy, Vulvar or Perineal | 56605 |
| Breast Aspiration | 88170 |
| Colposcopy | 57452 |
| Colposcopy w/Biopsy | 57454 |
| Colposcopy w/LEEP | 57460 |
| Conization, by LEEP | 57522 |
| Condyloma, Chemical | 57150 |
| Cryocautery Cervix | 57511 |
| Destruction Lesion, Vag, Simple | 57061 |
| Destruction Lesion, Vag, Extensive | 57065 |
| Destruction Lesion, Vulvar, Simple | 56501 |
| Destruction Lesion, Vulvar, Extens | 56515 |
| Diaphragm Fitting | 57170 |
| Endocervical Curettage | 57505 |
| Endometrial / Cervical Sampling Bx | 58100 |
| Excision Genital Lesion, Benign | 11422 |
| I & D Bartholins Gland Abscess | 56420 |
| I & D Vulva or Perineal Abscess | 56405 |
| IUD Insertion | 58300 |
| IUD Removal | 58301 |
| Laminaria Insertion | 59200 |
| Marsup of Bartholin Gland | 56440 |
| Pessary Insertion | 57160 |
| Polypectomy | 57500 |
| Suct Curettage for Incomp AB | 59812 |
| Post Coital Testing | 89300 |

| ULTRASOUNDS | CODE |
|---|---|
| Abdominal | 76700 |
| Breast | 76645 |
| Biophysical Profile | 76818 |
| Guidance, Amniocentesis | 76946 |
| Guidance, Needle Biopsy | 76942 |
| OB, Complete | 76805 |
| OB, Complete, Multiple Gest | 76810 |
| OB, Limited | 76815 |
| OB, Repeat / Follow-up | 76816 |
| Pelvic | 76856 |
| Pelvic, Limited / Follow-up | 76857 |
| Transvaginal | 76830 |

DATE 01/19/99 TIME 10:45 PATIENT MELISSA MEDINA   REASON US/C/U INS   PREV BALANCE

DIAGNOSIS:
· V22.0
· 622.1

TICKET NO. 21325 DR.# 4 DOCTOR MENEGAKIS MD   LOCATION DEERFIELD OFFICE 847   D.O.B. 09/13/70

TODAY'S CHARGE
421⁰⁰

PATIENT NO. 41277 RESPONSIBLE PARTY MELISSA MEDINA   PH#  662 7646   REFERRING DR.

ADJUSTMENTS

NEXT APPOINTMENT:
Days _____ Weeks _____ 2 Months

SEX M F   ADDRESS 662 MILL CT   CITY/STATE UNIVERSAL, IL   ZIP CODE 60095

| REC | OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | PC | CS | PAY CHOICE | TODAY'S PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 11.00 | 55.40 | 77.90 | 144.40 | | | | | CASH 67.40 |

INSURANCE COMPANY BLUE INDM CORPORATE   BA SCT POLICY I.D.   RELATIONSHIP TO INSURED

BALANCE DUE

SSN # 584 76 4442

EXIBIT # 8
P. 4

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible for non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

2-3-99   9:00
Perlis D.F.
Patient Signature

## 11.64 Defense To Criminal Sexual Abuse And Aggravated Criminal Sexual Abuse 🖫

It is a defense to the charge of [ (criminal sexual abuse) (aggravated criminal sexual abuse) ] that the defendant reasonably believed _____ to be [ (16) (17) ] years of age or older.

### Committee Note

720 ILCS 5/12–17(b) (West, 1999) (formerly Ill.Rev.Stat. ch. 38, § 12–17(b) (1991)).

Give this instruction when the defendant is charged with criminal sexual abuse under Chapter 720, Section 12–15(b), or with aggravated criminal sexual abuse under Chapter 720, Section 12–16(d), and the issue is raised by the evidence. The appropriate age to be chosen from within the brackets should be determined by when the offense occurred as the legislature has amended the underlying statutes by changing the applicable age classifications. See the Committee Notes to Instructions 11.59 and 11.61. Also give Instruction 4.13. See Introduction to Chapter 24–25.00.

Insert in the blank the name of the victim.

*Exibit #9*

# ILLINOIS SEX OFFENDER REGISTRATION ACT
## REGISTRATION FORM

☐ Juvenile Delinquent
☒ Sex Offender
☐ Sexually Dangerous/Violent
☐ Sexual Predator
☐ Murder, victim under 18
☐ Murder, victim 18 or over



**Photo Required**

| Initial Registration: | ☐ | Annual: | ☒ | Quarterly: | ☐ | Homeless Weekly: | ☐ | Change of Address | ☐ | School: | ☐ | Employment: | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Last Name: Baird | First Name: Willis | Middle Name: Kevin |
|---|---|---|

| DOB: 04/11/1971 | Sex: Male | Race: Black | POB: Chicago, IL |
|---|---|---|---|

| Resident Address | 39018 N SHERIDAN RD | | Apartment #: 206 |
|---|---|---|---|

| City: BEACH PARK | State: IL | ZIP: 60099 | County: Lake | Housing Type: |
|---|---|---|---|---|

**Secondary Address:**

| Telephone: | Cell Phone: (224) 733-4523 | SSN: 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 |
|---|---|---|

| Scars/Marks/Tattoos: | Tattoo - Chest - WKB; |
|---|---|

| Hgt: 5'11" | Wgt: 160 | Hair: Black | Eyes: Brown |
|---|---|---|---|

| Aliases: | DNA: ☒ Yes ☐ No |
|---|---|

| FBI: 247240KB6 | SID: IL31389450 | LEADS #: E99B2224 |
|---|---|---|

| DOC #: K81582 | Chicago IR#: | Misc #: |
|---|---|---|

| DLN: B63089171104 | DLN State: IL | DLN Expiration Date: 04/11/2020 |
|---|---|---|

| Vehicle Make Jeep | Model: Grand Cherokee | Year: 2000 |
|---|---|---|

| License Plate #: Y789518 | VIN#: 1J4GW58N0YC157123 | Color: Black |
|---|---|---|

| Date of Conviction / Adjudication: 06/29/2000 | County of Conviction: Lake | State of Conviction: Illinois |
|---|---|---|

| Offense: AGGRAVATED CRIMINAL SEXUAL ABUSE | Statute: 11-1.60(C)(1)(II) |
|---|---|

| Cit. Code: 0015827 | Sentence: 3 yrs |
|---|---|

| Date of Conviction / Adjudication: 04/24/2000 | County of Conviction: Lake | State of Conviction: Illinois |
|---|---|---|

| Offense: AGG CRIM SEX AB/BODILY HARM | Statute: 12-16 (a)(2) |
|---|---|

| Cit. Code: 0999200 | Sentence: 25 yrs |
|---|---|

| Probation Officer: | Probation Officer Telephone |
|---|---|

| Age of Victim(s) at Time of Offense: 15 | Age of Offender at Time of Offense: |
|---|---|

| Email Address: NONE |
|---|

**Instant Messaging Identities**

**Blog / Chat Room Identities:**

| Other Internet Communication Identities | (Facebook) |
| | (Myspace) |
| | (Twitter) |

| Uniform Resource Locator (URL) NONE | Internet Protocol (IP) Address: NONE |
|---|---|

**Internet Sites Maintained by Individual**

**Internet sites to which individual uploaded any content or posted any message or information:**

| Employer's Name IRIS Inc. USA. (Plastics) | Employed Since: 09/08/2015 |
|---|---|

| Employer's Address 11111 80TH AVE | Employer's Phone Number (262) 612-1000 |
|---|---|

| City: PLEASANT PRAIRIE | State: WI | ZIP: 53158 | County: Kenosha |
|---|---|---|---|

| School/Institution of Higher Education Name: NONE REPORTED | Date Enrolled: 09/19/2016 |
|---|---|

**School Address:**

| City: | State: | ZIP: | County: |
|---|---|---|---|

EXIBIT #10

JUDGE
WORDS

1     can be seated next to your attorney, Mr. Chancey.

2     The record will show that the Court has considered

3     all of the evidence adduced at trial, has

4     considered the Pre-Sentence Investigation which

5     was prepared in accordance with the statute and

6     filed in the statutory period of time. The Court

7     has considered the evidence adduced at the hearing

8     in aggravation and mitigation and the reasonable

9     inferences to be drawn therefrom. The Court has

10    considered the history, character and background

11    of the defendant and all of the statutory

12    factors.

13          I want to make some comments and if I err

14    on the side of brevity or long-windedness -- if I

15    err on the side of brevity, I have attempted to be

16    concise. The defendant stands before the Court as

17    a young man who began his life in difficult

18    circumstances having been abandoned by his

19    parents, raised as an adopted child on the south

20    side of Waukegan and he like his friend, Sergeant

21    Deskridge, did quite well for themselves

22    academically and professionally, especially given

23    the circumstances of the defendant. More

24    importantly, the defendant has no criminal history

EXIBIT # 11

P. 98

1    whatsoever. He is a young man of above average
2    intelligence. He graduated high school, attended
3    college for two years, became a police officer
4    with the City of Waukegan where he served a brief
5    period of time. According to Dr. Blain, he has no
6    antisocial tendencies, no substance abuse, no
7    gambling abuse.
8         I asked specifically both attorneys to
9    address the question regarding the impact, if any,
10   the defendant's status as a police officer upon
11   the offense and specifically whether his status
12   facilitated the offense itself. The finding of
13   the Court is the defendant's status as a police
14   officer if it affected the offense at all was
15   peripheral with really a capital P. There is no
16   specific evidence that the defendant used his
17   office to facilitate the offense, but there is
18   some peripheral impact of his being a police
19   officer, although I note when he was at the high
20   school when he at one time saw the young lady he
21   was not there as a police officer. He was there
22   as a private citizen.
23        Someone referred to the relationship
24   between the defendant and Melissa Medina as

EXIB, T#11

P. 99

```
 1   normal.  I'm not sure who.  This certainly was not
 2   a normal relationship.  The jury heard the
 3   evidence and the jury found that the defendant
 4   knew or should have known that the young lady was
 5   under age.  Attorney Chancey is correct.  It was
 6   not a predatory situation.  He did not initiate
 7   the relationship with Ms. Medina.  Indeed the
 8   evidence is uncontradicted that Ms. Medina
 9   initiated the relationship through the defendant's
10   cousin.  The relationship nonetheless was illegal
11   due to the status of Ms. Medina.  Womanizing is
12   not a crime.  The defendant seemed to make some
13   sort of a confession to womanizing.  Womanizing is
14   not a crime unless the woman is under the
15   statutory age.
16          It's curious that the defendant attempted
17   to reestablish this relationship when he did.  As
18   I looked at the video it certainly indicated to me
19   the defendant clearly intended to marry this young
20   lady in December of 1998 I believe it was, around
21   Christmas time.  He proposed on videotape in front
22   of his friends and his family.  He presented her
23   with a gift, a truck.  I don't know how lavish it
24   was.  I don't know if the defendant bought it for
```

EXIBIT #11

P. 100

1    cash.  I suspect that he might very well have

2    simply put a down payment on the thing and

3    intended to make payments in the future.

4    Nevertheless, there was the gift of this truck.

5    There was the gift of the wedding cups.  There was

6    the toast.  There was the engagement ring.  And

7    there is no doubt in anyone's mind, certainly no

8    doubt in my mind after seeing the video that he

9    intended to marry the young lady.  The

10   relationship didn't work out.  They broke up.  The

11   police were called and neither the defendant nor

12   Melissa Medina cooperated in any way, shape or

13   form.  The investigators had an uphill

14   investigation simply to show that the two had

15   sexual relations.  They had to go to the extremes

16   of DNA evidence, and the defendant and Ms. Medina

17   were finally found out.  The defendant was brought

18   to the bar of justice.

19          The Court has considered the statutory

20   factors regarding probation versus imprisonment in

21   the Department of Corrections.  The statute

22   Chapter 730 ILCS 5/5-6-1 states the Court shall

23   impose a sentence of probation or conditional

24   discharge upon the offender unless having regard

*Exibit # 11*

P. 101

```
 1    to the nature and character of the offense, the

 2    history, character and condition of the defendant

 3    the Court is of the opinion that:  One, his

 4    imprisonment or periodic imprisonment is necessary

 5    for the protection of the public, it finds

 6    specifically that his imprisonment is not

 7    necessary for the protection of the public or

 8    probation or conditional discharge would deprecate

 9    the seriousness of the offender's conduct.  I

10    find, for the record, that probation would not

11    deprecate the seriousness of the offender's

12    conduct and, therefore, the Court specifically

13    finds that the defendant is a suitable and fit

14    candidate for probation.  I place the defendant on

15    probation with the following conditions.  The

16    final condition will be the one that's most

17    troubling, which is whether or not and to what

18    extent the Court will impose a deprivation of

19    personal liberty upon the defendant.  The

20    conditions of probation are as follows:  The

21    probation is 36 months.  The defendant shall

22    support his child.  The defendant shall have no

23    contact with females -- and in none of these cases

24    can there be a generic sentence like the one
```

*Exhibit #11.*

1    presents himself as contrite, is repentant, is

2    remorseful.  Nevertheless, he has been found

3    guilty of an offense which grows from the status,

4    the age of Melissa Medina.  I am considering all

5    the factors that I mentioned earlier.  I am also

6    considering the fact he has been removed from his

7    job as a Waukegan police officer and was making

8    $50,000 a year.  I think it highly unlikely in the

9    immediate future he is going to have an income any

10   place close to that neighborhood, and I realize

11   the difficulties on probation and being

12   categorized a sex offender.  I take that into

13   consideration.  I realize that public service is

14   something that should be considered, but I have

15   rejected that, and although the defendant has

16   engaged in community service or public service

17   before involving these track events which he spoke

18   to, I think under the circumstances it would be

19   totally inappropriate to assign him to public

20   service for this offense.

21        Finally, I have been somewhat hesitant to

22   go through my entire thought process, but back

23   before 1955 juries made recommendations to courts

24   regarding sentences.  Indeed we had jury

EXIBIT# 11

P. 106

1  sentencing in the State of Illinois. In many
2  states we still have jury sentencing, whatever a
3  jury recommends. I have never save this one case
4  had any jury make a suggestion to me regarding the
5  penalty, but I should share with you what the jury
6  said to me and that was when I went to ask the
7  jury if they had any questions about the process,
8  et cetera, I spoke to them briefly, and one of the
9  jurors asked me questions -- they asked
10  questions. I answered the questions as best I
11  could. This one juror who seemed to be a
12  spokesperson indicated to me that the jury did not
13  want to see the defendant serve any time
14  whatsoever in jail. And I looked at the jurors
15  and I asked the question of everybody. I got an
16  answer from every one of them and everyone said
17  the same thing. They said you know, this is a
18  tough case to decide. You told us during the voir
19  dire follow the law and we followed the law. We
20  found him guilty, but we do have some strong
21  feelings in this regard. One reason that I
22  hesitated to share that with you because I know
23  that's not binding on me, and I didn't tell the
24  jury that it would bind me and I certainly didn't

EXIBIT #11

1    promise them that I'd follow their recommendation,
2    but I simply say that to you as something that
3    occurred. It's just a fact. It's somewhat like
4    the defendant thinking that it worked against him
5    that he was a police officer. It's a fact. It's
6    true. It's just true that that's what the jurors
7    said to me. They said you know, Judge Lang, we
8    promised we would follow the law. We did follow
9    the law, but we really don't want to see Mr. Baird
10   go to jail. I didn't revoke the defendant's
11   bond. I increased his bond for what I felt then
12   and I still feel now are good and sufficient
13   reasons because I had in my mind a real belief
14   that something was going to go haywire and
15   something was going south on this case. Mr. Baird
16   was in some sort of a panic situation when his
17   colleague in the police department told him that
18   this whole case was under investigation. He ran
19   over to the house while he was still in uniform in
20   his squad car and made these statements, and I was
21   concerned that the defendant might at minimum
22   simply leave town and make it a lot worse on
23   himself, make it a lot worse on himself. And, of
24   course, I knew in my own mind what the jurors had

EXIBIT # 11

P. 108

1    statements are done with the assistance of the

2    State's Attorney's Office.  But she is here and

3    she does want to make a statement.

4        THE COURT:  Well, several facets of the case

5    have been uncommon, if not irregular.  Miss

6    Medina, is it your wish to make a statement to the

7    Court?

8    *VICTIM*  MS. MEDINA:  Yes, I do.

9        THE COURT:  Please be seated on the witness

10   stand.  If you wish to refer to your notes, feel

11   free to do that.

12       MS. MEDINA:  Yes, I have it written down.

13       THE COURT:  Kindly be seated.  Now, Ms. Medina,

14   kindly raise your right hand.  Insofar as any

15   factual representations that you intend to make do

16   you swear to tell the truth, the whole truth and

17   nothing but the truth so help you God?

18       MS. MEDINA:  Yes, I do.

19       THE COURT:  Thank you very much.  Proceed

20   then.  For the record, you are Melissa Medina,

21   correct?

22       MS. MELISSA MEDINA:  Yes, I am.  I come forward

23   today to say a couple of things not only to the

24   judge and to everyone, but also to Willis.  I

EXIBIT II 11

1    would like to start out by saying to the judge and

2    to everyone else that I really believe that Willis

3    has been wrongfully accused.  The only thing I

4    could think of that Willis and I are possibly

5    accused of is falling in love with each other.

6    Willis and I have never broke the law before, and

7    never intended to either.  Even Willis as a cop, a

8    very excellent cop I might add, had never intended

9    to or thought that he was breaking the law by

10   being with me.  All we ever wanted was to be a

11   very happy family.  I really hope the judge really

12   gives him a fair chance to start a new life

13   again.

14        We brought this situation on ourselves and

15   I am mature enough to admit that, but should he be

16   punished so bad for a situation that I mostly

17   brought him into.  I beg everyone to have mercy on

18   this man, to really think it over before they

19   decide on sentencing him.

20        Now, there is something I really need to

21   get off my chest, something that's important for

22   me to say today, and I must take a chance now that

23   I am able to talk to Willis since I am not allowed

24   to talk to him personally.  Willis and I, like any

EXIBIT #11

1   other normal relationship, we have had our good

2   times and our bad times.  It's sad to say 85

3   percent of the time were bad, 50 percent were

4   good.  We have a baby now, and everything I do or

5   say reflects on our baby.  And I am trying to

6   study for my GED and I need someone who is going

7   to help me with the baby and support me.  I just

8   realized that Kevin and I are really not meant to

9   be together.  I just feel like I don't love him

10  anymore and I'm sorry.  We can't get married.  We

11  can't see each other.  Even if the law let us, I

12  just couldn't be with him anymore.  I'm sorry, but

13  I don't want to have anything to do with him

14  anymore.  I will always love him because he is the

15  father of my child, but too many things has been

16  going on in our relationship, and he knows what

17  I'm talking about.  I cannot be with him anymore.

18       And I also say to everyone, to the judge

19  and to everyone that I hope that what I just said

20  to Willis does not affect any decisions made by

21  you guys, you know, because just because I don't

22  want to be with him anymore doesn't mean that he

23  is not a good guy because he is the most perfect

24  person I ever met, and I wouldn't have wanted to

*Ex,B,T#11*

*P.* 56

1    be with anybody more than I did with him. He is

2    an excellent person. All he ever wanted was the

3    best out of me, out of our child and himself and

4    everyone else. He always talked about how he

5    wanted the best for his nephews, sisters.

6    Everyone. He is not a bad guy. He just wanted to

7    make something out of himself in his life. He

8    just wanted to live better, to finally find out

9    who his family was and to make a family with me,

10    and I had no problem with that. It's just that --

11    I don't know what to say. He is a wonderful

12    person. I think he has been wrongfully accused.

13    This is something that mostly I brought myself

14    into it. I see no reason why he should be

15    punished for something that I -- I lied to him and

16    it's not fair and I don't want to see him end up

17    in jail. He is not a person that should be in

18    jail. He actually worked for the community, did

19    everything for everybody. He always helped

20    everyone else. He didn't want nothing bad for

21    anyone or himself. I mean I'm sorry that he is in

22    a situation like this and I know that I did this

23    to him. That's why I think it's best that him and

24    I don't ever be together. If he gets visitation

EXIBIT #11

# LAKE COUNTY SEX OFFENDER EVALUATORS AND TREATMENT PROVIDERS

## EVALUATIONS AND TREATMENT

### COMMUNITY YOUTH NETWORK (CYN)
18640 West Belvidere Road (Route 120)
Grayslake, IL
847-548-6000

*Treatment and evaluation for youth up to age 18 only

### ADELANTE (SE HABLA ESPANOL)
33 North County Street
Waukegan, IL

2332 North Milwaukee, Second Floor
Chicago, IL
773-486-0031

### BLAIN AND ASSOCIATES
135 North Greenleaf
Suite 204
Gurnee, IL
847-791-5928

### MICHAEL DAVISON, PSY, D
### MARCY PRITZEN, LCSW
3295 North Arlington Heights Rd.
Arlington Heights, IL 60004
847-490-7689

### Clear Sky Counseling Services, PLLC
Becky Vinson-Boyer
Jordana Ballesteros
10 N Lake Street, Suite 109
Grayslake, IL 60030
(847) 986-4151

## EVALUATIONS ONLY

### DR. MARK BRENZINGER
Midwest Behavioral Risk Management
869 East Schaumburg Road
Suite 252
Schaumburg, IL
847-344-7472

### DR. RAY KIM
2300 Barrington Road, Ste. 400
Hoffman Estates, IL  60169
847-309-7475

### HAGLER and LONDON ASSESSMENTS, LLC
www.haglerandlondon.com
lsoeexamine@gmail.com
847-220-7235

### DR. KAREN CHANTRY
33 North County Street
Suite 303
Waukegan, IL
847-293-3800

### SPECIALIZED FORENSIC UNIT PC
303 N. 2nd Street, Ste. 22,
St. Charles, Il 60174
1-800-488-9790

EXIBIT#12

5/2024

10:01   100%

Q  meaning of anti...  🎤  📷

Antisocial tendencies are **behaviors that are hostile, disruptive, and disregard the safety and well-being of others**. Antisocial behaviors can include:

- **Aggression**: Physical aggression, violence, or threats

- **Deceit**: Lying, manipulation, or dishonesty

- **Irresponsibility**: Breaking the law, being unreliable, or failing to learn from consequences

- **Impulsivity**: Acting without planning ahead or taking unnecessary risks

- **Lack of empathy**: Not caring about the feelings of others or


Home


Search


Saved


Notifications

Exibit #13
P. 1

10:01 📷 🔜 ⊙ ∘                      ❋ 🔵 5G ⊿ 100%🔋



> 🔍  meaning of anti...        🎤    📷

- **Lack of empathy**: Not caring about the feelings of others or showing remorse for harming them

- **Recklessness**: Disregarding one's own safety or the safety of others

- **Violation of rules**: Stealing, vandalism, or violating social norms

Antisocial tenden-
cies can be a symp-
tom of antisocial
personality disorder
(ASPD). People with ASPD may
have a history of conduct dis-
order, which is a pattern of an-
tisocial behaviors that begins

*What is Antisocial Behavior?*

*ExiBiT#13*

*P. 2*

   

10:02   100%

Q meaning of anti...

Antisocial tendencies can be a symptom of antisocial personality disorder (ASPD). People with ASPD may have a history of conduct disorder, which is a pattern of antisocial behaviors that begins in childhood.

Signs of conduct disorder
Aggression toward people and animals, Destruction of property, Lying and dishonesty, Theft, and Serious violation of rules.

## Symptoms of ASPD

- Repeatedly breaking the law





EXIBIT# 13
P. 3

10:02   ⚹ 5G ᵃˡˡ 100%🔋

Q meaning of anti... 🎤 📷

## Symptoms of ASPD 🔗

- Repeatedly breaking the law
- Being impulsive or incapable of planning ahead
- Being irritable and aggressive
- Lack of remorse
- Intense egocentrism
- Poor or abusive relationships

**Antisocial personality disorder - Symptom...**
Feb 24, 2023 — Adults with antisocial personality...
🏥 Mayo Clinic ⋮

**Anti-soc - Wikipe**
Anti-social sometimes
W Wikiped

Generative AI is experimental. Learn more

 Export ▲  ⌐

🏠 Home  🔍 Search  🔖 Saved  🔔 Notifications

*EXIBIT # 13*
*P. 4*

STATE OF ILLINOIS )
) SS
COUNTY OF LAKE )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. )  General No. AUG 27 1000 928
)
_Willis Kevin Baird_ )

**☒ ORDER AND CERTIFICATE OF FELONY PROBATION/ ☐ INTENSIVE SUPERVISION/**
**☐ CONDITIONAL DISCHARGE**

This cause coming on for sentencing. The defendant being present in person and represented by counsel. The defendant having been convicted of _Agg Crim Sex Abuse_ a Class _2_ Felony. _(5 counts)_
The court, after conducting a hearing pursuant to 730 ILCS5/5-4-1 or having accepted a negotiated plea, and after considering the factors enumerated in 5/5-3-1 and 5/5-3-2 and the nature and circumstances of the offense and the history, character and condition of the offender, ORDERS:

The defendant is sentenced to a term of _36_ months **probation**/conditional discharge. The conditions of which are that the defendant shall:

☒ 1. Not violate any criminal statute of any jurisdiction;
☒ 2. Appear in person before the Lake County Division of Court services and report as it directs.
☒ 3. Refrain from possessing a firearm or other dangerous weapon;
☒ 4. Not leave the State without the consent of the court or, in circumstances in which the reason for the absence is of such an emergency nature that prior consent by the court is not possible, without the prior notification and approval of the person's probation officer;
☒ 5. Permit the probation officer to visit him/her at his/her home or elsewhere to the extent necessary to discharge his/her duties;
☒ 6. The defendant is sentenced to a determinate term of _100_ days in the custody of the County Sheriff. ☐ No good time shall be awarded as injury resulted from offense; _credit 44 days time saved._
☐ 7. The defendant shall serve a term of periodic imprisonment and follow all rules of periodic imprisonment;
   a. for a period of_____ months;
   b. to be confined for twenty-four (24) hours each day, seven (7) days each week;
   c. the defendant shall be released for_____

☒ 8. Pay a fine of $ —— and court costs of $ _173 D_ through the Office of the Clerk of the Circuit Court by_____ at a rate of not less than_____ per month;
☐ 9. Pay child support through the Clerk of the Circuit Court at a rate of $_____ per_____;
☐ 10. Make restitution to_____ in the amount of $_____ paying not less than $_____ per month jointly and severally with any codefendants through the Clerk of the Circuit Court;
☒ 11. Pay for probation services to the Clerk of the Circuit Court at a rate of $25.00 per month or $_____ per_____ during the term of probation.
☐ 12. Pay any fees, costs and assessments as per attached cost sheet to be paid within 1 year or_____.
☒ 13. ~~Work or pursue a course of study or vocational training;~~
☒ 14. Undergo ☐ medical ☐ psychiatric ☐ drug/alcoholic evaluation and treatment as follows: _sex offender evaluation within 30 days and follow all recommendations_
   and as further directed by the probation officer, the defendant shall follow all rules of said treatment and satisfactorily complete said program(s).
☒ 15. The defendant is subject to random urine and breathalizer testing. _$5/test_
☒ 16. The defendant is subject to testing for ☒ Sexually Transmissible Diseases ☒ Genetic Marker Grouping Analysis and Indexing (DNA Testing).
☒ 17. The defendant shall register as a sex offender per statute.   _Exhibit #14_
☐ 18. Attend or reside in_____, a facility established for the instruction or residence of defendants on probation and follow rules of the program;

_P. 1_

EX. 4

Not use or be in possession of any controlled substance or cannabis or the presence of anyone else using or in possession of controlled substances or cannabis;

On leaving any program without satisfactory completion, to return and appear in court the next regular court motion day of the sentencing judge;

a.  Reside with his/her parents or_____;

b.  Attend school or ☐ obtain a GED;

c.  Attend_____a non-residential program for youth;

d.  Contribute to your support by paying_____per_____;

☐ 22.  Perform_____hours of Public Service at a rate of_____hours per_____*for 12 months*

☐ 23.  Other conditions: *No contact with melissa redino either person*

*no contact with females between ages 12-18 years*

*except family members  a in public place or other to employment*

24.  In addition to the above conditions, Defendant is ~~placed on intensive probation~~ and shall follow all conditions below for at least the first year of probation:

a.  Obtain/continue employment and/or attend educational programs, as may be directed by the Probation Officer.

b.  Not change present place of residence, move outside the jurisdiction of the Court or leave the County without prior permission of the Court or Probation Officer.

c.  Comply with a curfew of 7:00 P.M. to 7:00 A.M. daily or as modified by the Probation Officer and consent to home visits at any hour on any day by a Probation Officer to verify compliance.

d.  Submit to breath and/or urine analysis for the possible presence of prohibited drug(s) or alcohol at the discretion of the Probation Officer.

e.  Submit to searches of his/her person, residence, papers, automobile and/or effects at any time such requests are made by the Probation Officer and consent to the use of anything seized as evidence in a court proceeding.

f.  Perform_____hours of Public Service.  In addition, perform 20 hours of Public Service each week if not employed full time, or in school full time, or full time in a court ordered program.

g.  Provide proof of employment, job search and or attendance of educational programs as directed by the Probation Officer.

h.  Not use or possess any controlled substance(s) of any kind which have not been prescribed for you by a licensed physician of the state of Illinois (written and oral permission to contact said physician for verification shall be waived).

i.  Appear in Court on oral notice of the Probation Officer.

j.  Other: *Defendant shall support his dependants*

*No contact with any grammar or high schools including athletic events*

☒ 25.  Upon a violation of the terms and conditions of this order the Court Services Division may invoke any sanctions from the list of intermediate sanctions adopted by the Chief Judge.

Probation will terminate and the Circuit Clerk shall transfer the case to closed status on_____unless there is pending an unresolved petition to revoke probation or this order has been otherwise modified so as to effect the termination.

ENTERED at _Waukegan_, Illinois this _27_ day of _August_, 19 _99_

Order prepared by _Shirey ASA_.

_____ JUDGE

I, the above-named defendants, acknowledge the receipt of this document.

_Willie B_____
Name

_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_
SSN

_____
Date

C000231

*Margin notes:* re contact with melissa redino's family / term f probation / D BE SUPERVISED Y SEX OFFENDER w it deryly with 11 M/s

**+18559533469**
8:18 AM, Jan 25

willis, for Warehouse Associate,
We have received the results of
your background check and drug
test and the results met Amazon
requirements. Please keep an eye
on your inbox for an email with
your New Hire Orientation details.

You can also continue to access
your account for status updates
regarding your results by visiting
**https://amazon.force.com**.

Was I able to answer your
question?
Y - Yes, thanks!
N - No, transfer me to a live agent
R - Return To Menu

EXIBIT #15


Copy text


Share

More

WILLIS BAIRD
1073 SHERIDAN RD. APT. 208
KENOSHA WI. 53140



Retail

UNITED STATES
POSTAL SERVICE®

60614

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
WAUKEGAN, IL 60085
FEB 10, 2025

$3.71

S2324P500478-20

U.S. DISTRICT COURT - CLERKS OFFICE
NORTHERN DIST. OF ILLINOIS - EASTERN DIV.
219 S. DEARBORN ST.
CHICAGO IL. 60604

**RECEIVED**

FEB 14 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT